NUMBER 13-07-107-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


CLYDE NUBINE, Appellant,


v.



BRYAN C. GORDY, ET AL., Appellees.

___________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justice Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, CLYDE NUBINE, attempted to perfected an appeal from an order
entered by the 156th District Court of Bee County, Texas, in cause number B-05-1495-CV-B. Appellant has filed a motion to dismiss the appeal. Appellant requests
that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED. Any pending
motions are denied as moot.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 31st day of May, 2007.